Case 1:21-mj-01055-KJM   Document 2   Filed 09/08/21   Page 1 of 5   PageID #: 25

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sep 8, 2021, 2:36am
Michelle Rynne, Clerk of Court

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: MJ 21-1055 KJM | Date and time warrant executed: 09/07/2021 8:15 pm | Copy of warrant and inventory left with: Attached to the seized property |
|---|---|---|

Inventory made in the presence of:
ATF S/A Joseph Villagomez

Inventory of the property taken and name(s) of any person(s) seized:

Cellular Phone, LG Stylo 4, model LM-Q710.FG, Black in color, SIM ICCID: 89014103272542571217, MSISDN: 18087210642. Identified under ATF Case #787025-20-0016 as Item #000010 and Honolulu Police Department Report #20-099368 as Item #17.

|---------------------------------------------- Nothing Further ----------------------------------------------|

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 09/08/2021

*Executing officer's signature*

Christopher L. Lewis, ATF Senior Special Agent
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
для the
District of Hawaii

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Black, LG Cellular Phone with a Cracked Screen, HPD Evidence Item #17 under HPD Report #20-099368 located at the HPD Evidence Room in Honolulu, HI | Case No. MJ 21-1055 KJM |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of Hawaii
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before   September 14, 2021   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Kenneth J. Mansfield   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   August 31, 2021 at 5:09 p.m.

City and state:   Honolulu, Hawaii

Kenneth J. Mansfield
United States Magistrate Judge

# ATTACHMENT A

The property to be searched is a black, LG cellular phone with a cracked screen, Honolulu Police Department (HPD) Evidence Item #17 under HPD Report #20-099368 (referred to herein as the "Device"). The Device is currently at the HPD Evidence Room located at 801 South Beretania Street, Honolulu, Hawaii 96813.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1. All records on the Device described in Attachment A that relate to violations of Title 18, United States Code, Section 2119, Section 924(c), and Section 2, and involve TRESTON HARDIN and ANTHONY MARK, including:

   a. Evidence of user attribution showing who used or owned the Device at the time of the events described in this warrant, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

   b. Location data maintained on the Device prior to the carjacking up until its recovery by Law Enforcement;

   c. Electronic records of telephone numbers, names, and other identifying information pertaining to incoming and outgoing calls/text messages on the Device, relating to the possession of firearms or ammunition or the elements of armed carjacking;

   d. Electronic phonebook directories of the cellular phone numbers, names, and other identifying information maintained on the Device, relating to the possession of firearms or ammunition or the elements of armed carjacking;

    e. Text and voice messages and other communication records electronically maintained on the Device, relating to the possession of firearms or ammunition or the elements of armed carjacking;

    f. Photographs or videos maintained on the Device relating to the possession of firearms or ammunition or elements of armed carjacking;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.